S. Murray Clark, public administrator, appellant, v. Merrill Main, appellee. Gen. No. 7,624.

Action for damages for death by being thrown from automobile by reckless and negligent driving of defendant. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923.

Isaac A. Love and Reuben B. Kilgore, for appellant. Jones & Levin, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.